UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LORD MAISON PHIBONACCII,

Plaintiff,
V.
DIRECTOR OF THE CALIFORNIA DEPARTMENT OF MOTOR VEHICLES OF MOTOR VEHICLES, in his/her official capacity; and DOE DMV EMPLOYEES 1–10, in their individual capacities,

Defendant.

Case No. 2:25-CV-09270-SB-E

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT (F.R.C.P. 55(b)(2))**

*CHARACTER COUNT: 2,206*

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD (IF ANY): PLEASE TAKE NOTICE** that on FRIDAY, December 26, 2025 at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 6C of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff Lord Maison Phibonaccii will and hereby does move for entry of Default Judgment against Defendant Director of the California Department of Motor Vehicles, in his/her official capacity pursuant to Fed. R. Civ. P. 55(b)(2).

Plaintiff seeks the relief pleaded in the Complaint's Prayer for Relief ¶ 22(A)–(B) and Count 3 ¶ 20(A)–(E): (1) declaratory judgment that DMV conduct violated Plaintiff's Fourteenth Amendment procedural due process; and (2) a permanent injunction compelling DMV to correct/annotate records for VIN WBY2Z2C52GV675765, record the LAPD Topanga clearance, provide constitutionally adequate notice/hearing before adverse actions, implement procedures/training for bonded-title/conflict cases, and preserve/produce the complete administrative record. (Damages as to Doe DMV Employees are reserved.) This Motion is based on this Notice, the Memorandum of Points and Authorities, the pleadings and records in this action, the concurrently filed declarations and exhibits, and any argument the Court may permit.

**NOTICE REGARDING HEARING:** The Court may vacate the hearing if no opposition is filed at a time.

Dated: Monday, December 22, 2025

/S/Lord Maison Phibonaccii
Plaintiff, Pro Se

AI(R2)-Assisted Drafting Disclosure I drafted this Request and Declaration with the assistance of an artificial-intelligence language model. I have personally reviewed, edited, and approved the contents, and I am solely responsible for the factual statements, legal arguments, and filings submitted to the Court.