UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD MAISON PHIBONACCII,<br><br>Plaintiff,<br>V.<br>DIRECTOR OF THE CALIFORNIA DEPARTMENT OF MOTOR VEHICLES OF MOTOR VEHICLES, in his/her official capacity; and DOE DMV EMPLOYEES 1–10, in their individual capacities,<br>Defendant. | Case No. 2:25-CV-09270-SB-E<br>**DECLARATION OF LORD MAISON PHIBONACCII IN SUPPORT (L.R. 55-1)**<br><br>*CHARACTER COUNT: 2,127* |

    I, Lord Maison Phibonaccii, declare I am Plaintiff in this action and appear pro se. I have personal knowledge of the facts stated and could testify competently thereto. Entry of Default. The Clerk entered default against Defendant Director of the California Department of Motor Vehicles, in his/her official capacity, on December 22, 2025. (Dkt. 14.) Pleading. Default was entered on Defendant's failure to respond to the Complaint filed on [09/18/2025] (Dkt. 1). Infant/Incompetent. The defaulting party is not an infant or incompetent person within the meaning of Local Rule 55-1(c). Servicemembers Civil Relief Act. The Servicemembers Civil Relief Act does not apply to the defaulting party as sued here in official capacity. Notice (Rule 55(b)(2)). Defendant has not appeared in this action. Accordingly, Rule 55(b)(2) does not require prior notice of this motion to the defaulting party. Out of an abundance of caution, Plaintiff will serve this Motion and support papers on the DMV Director at the service address reflected in the proofs of service and/or any additional address on file. Standing Order Compliance. This motion is filed within the timeframe required by the Court's civil standing order for default-judgment motions, and Plaintiff submits separate attachments as required (declarations, exhibits, proposed order/judgment).

Dated: Monday, December 22, 2025

                                                              /S/Lord Maison Phibonaccii
                                                                       Plaintiff, Pro Se

AI(R2)-Assisted Drafting Disclosure I drafted this Request and Declaration with the assistance of an artificial-intelligence language model. I have personally reviewed, edited, and approved the contents, and I am solely responsible for the factual statements, legal arguments, and filings submitted to the Court.