UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD MAISON PHIBONACCII,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIRECTOR OF THE CALIFORNIA DEPARTMENT OF MOTOR VEHICLES OF MOTOR VEHICLES, in his/her official capacity; and DOE DMV EMPLOYEES 1–10, in their individual capacities,<br><br>　　　　　　Defendants. | Case No. 2:25-CV-09270-SB-E<br><br>**PROPOSED ] JUDGMENT** |

　　　Pursuant to Fed. R. Civ. P. 55(b)(2), the Court enters DEFAULT JUDGMENT in favor of Plaintiff Lord Maison Phibonaccii and against Defendant Director of the California Department of Motor Vehicles, in his/her official capacity, as follows:

1. Declaratory relief is granted as set forth in the Court's Order.
2. Permanent injunctive relief is granted as set forth in the Court's Order.
3. Plaintiff's claims for compensatory and punitive damages against Doe DMV Employees 1–10 and any issues of fees/costs are RESERVED.

Dated:  <Select>

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　United States District Judge