LORD M PHIBONACCII
18612 WILLARD ST
RESEDA CA 91335
**EMAIL:** LORDESQ@ICLOUD.COM
**PHONE:** (818) 438-9998

*PLAINTIFF, IN PROPIA PERSONA*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD MAISON PHIBONACCII,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, in official capacity only; ELIZABETH G. HUMPHREYS, in her individual capacity; JENNIFER BERRY, in her individual capacity; GAIL MAIORANA, in her individual capacity; JOSEPH CHAPMAN, in his individual capacity; MICHAEL CRAIG BREMER, in his individual capacity; SERGEANT JOHN J. BARTOLONE #319, in his individual capacity; DOES 1–10, inclusive,<br><br>Defendants. | **Case No. 2:25-CV-09270-SB-E**<br>**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL EXHIBITS IN SUPPORT OF FIRST AMENDED CIVIL RIGHTS COMPLAINT; DECLARATION OF LORD MAISON PHIBONACCII IN SUPPORT OF SUPPLEMENTAL**<br><br>**Judge:** *Hon S. Blumenfeld*<br>**Magistrate Judge.** *Hon. C. Eick*<br>**Complaint filed:** 09/18/2025 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**
**PLEASE TAKE NOTICE** that Plaintiff LORD MAISON PHIBONACCII ("Plaintiff") hereby files the following supplemental exhibits in support of his First Amended Civil Rights Complaint ("FAC") on file in this action:
**1.**
Supplemental Exhibit – Credit Application for 2016 BMW i8 (VIN WBY2Z2C52GV675765) submitted through 3RAW INC's dealer-center portal in or about July 10–11, 2019, listing a 2005 Bentley Continental GT as the proposed trade-in vehicle for MICKEY MAXIME LACOSTE.

**SUPPLEMENTAL FILING IN SUPPORT OF FAC**



**Statement of Credit Denial, Termination or Change**

Creditor
3RAW INC

Applicant
Mickey Lacoste
, CA 91601

Date
07/11/19

Application or Loan Number

"We" means Creditor.          "You" means Applicant.
Property Address: 5440 North Hollywood , CA 91601

☒ Multiple Creditors. We are providing this notice on behalf of us and the following creditor(s):
- Experian Credit Report
- Experian Credit Bureaus

Description of Account, Transaction or Requested Credit.
Automotive Vehicle Loan : BMW i8 2016 Vin WBY2Z2C52GV675765
Trade-in : Bentley GT 2006 Vin SCBCR63W05C029531

Description of Action Taken.

Principal Reasons for Credit Denial, Termination or Other Action Taken Concerning Credit

Adverse Action-Statement of Credit Denial-California
VMP® Bankers Systems™
Wolters Kluwer Financial Services © 1993, 2012

VMP30(CA) (1204) 00
Page 1 of 3

2.
Supplemental Exhibit– CARFAX Vehicle History Report for the 2005 Bentley Continental GT, showing prior total-loss/theft history and later loss activity during the same period Lacoste represented he was maintaining and "babysitting" that vehicle in connection with his dispute against Plaintiff. These supplemental exhibits are offered to clarify and corroborate allegations already pled in the FAC concerning:

**SUPPLEMENTAL FILING IN SUPPORT OF FAC**

2

A.

the nature of the July 2019 3RAW INC credit-application transaction, including Lacoste's role as an unsuccessful credit applicant on the BMW i8 and fifth titled owner of the Bentley.







**SUPPLEMENTAL FILING IN SUPPORT OF FAC**





**B.**

# SUPPLEMENTAL FILING IN SUPPORT OF FAC

the fact that, despite his later litigation narrative, Lacoste retained and continued to control the Bentley (while also retaining the BMW i8 after credit denial); and the existence of theft/total-loss claim history on the same Bentley that Lacoste claimed to have "lost," consistent with the patterns described in Plaintiff's allegations about opportunistic use of DMV/insurance structures.

3.

Plaintiff does not seek to add new causes of action by this filing. The supplemental exhibits simply provide additional documentary support and context for the existing record-defect, bond, and fraud allegations stated in the FAC.

**DECLARATION OF LORD MAISON PHIBONACCII**
**IN SUPPORT OF SUPPLEMENTAL EXHIBITS TO FAC**

4.

I, LORD MAISON PHIBONACCII, declare I am the Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this declaration in support of filing Supplemental Exhibits to my First Amended Civil Rights Complaint ("FAC"). In or about July 10–11, 2019, acting through my dealership 3RAW INC, I submitted a credit application for MICKEY MAXIME LACOSTE in attempt to finance the purchase of a 2016 BMW i8 (VIN WBY2Z2C52GV675765). The application was processed through the Dealer Center system, as reflected in the Supplemental Exhibit. The application identified a 2006 Bentley Continental GT as Lacoste's proposed trade-in vehicle and identified Lacoste as the applicant. The credit application was denied. After the denial, Lacoste refused in returning the BMW i8; instead, he continued to hold both the Bentley and the BMW i8. A CARFAX Vehicle History Report for that same 2005 Bentley Continental GT. Lacoste was at least the fifth titled owner of the Bentley; and the Bentley shows prior total-loss/theft and later loss activity in timeframes that overlap with the period when Lacoste told me, DMV, and others that he had "lost" the Bentley but was still maintaining and caring for it in connection with our July 2019 transaction. I am informed and believe, and on that basis allege, that the same Bentley tied to the July 2019 credit application and trade-in proposal is the Bentley that later appears as "stolen" or otherwise paid out on insurance, consistent with a pattern where Lacoste retained control of the vehicle while leveraging insurance and DMV processes for his own financial benefit. These documents are important to this case because they:

a. show that my July 2019 dealings with Lacoste were run through a legitimate dealer-credit process under 3RAW INC, not an off-books scam.

b. supports the allegation that Lacoste kept both the BMW i8 and the Bentley after being denied credit, while I remained responsible to auctions/lienholders and subject to DMV / bond exposure.

c. supports the allegation that Lacoste's later narratives to DMV, law enforcement, and courts omitted or mischaracterized this history and

**SUPPLEMENTAL FILING IN SUPPORT OF FAC**

helped create the "scammer/fraud" label that DMV then baked into its dealer-license discipline and that Nevada later relied on. Specifically, the ***CARFAX report reflects that on July 21, 2020, the California DMV recorded a registration update when the owner moved the vehicle to a new location; on March 13, 2022, an insurance claim for the "lost" Bentley was paid due to "theft"; and on April 21, 2022, the vehicle was again reported "stolen".***

**5.**

I did not include these exhibits with the original FAC filing because I was moving quickly to meet deadlines and did not yet have the CARFAX report and credit-application PDF organized for submission. I am now submitting in **faith** to ensure the Court and the parties have a more complete documentary record of the underlying transactions alleged in the FAC. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2026, at Reseda, California.

Dated:  March 6, 2026



Lord Maison Phibonaccii.
Plaintiff In Propria Persona

**SUPPLEMENTAL FILING IN SUPPORT OF FAC**

6

Case No. 2:25CV-09270-SB-E