**LORD MAISON PHIBONACCII**
*18612 WILLARD ST*
*RESEDA CALIFORNIA, 91335*
**EMAIL:** *PHIB0NACCII@ICLOUD.COM*
**PHONE:** *(818) 438-9998*
**PLAINTIFF, IN PRO PER**
**LORD MAISON PHIBONACCII**



# BD&J

*Boring Deposits & Judgments*
Serial Number 99559829
SOS Entity No. 5820678

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD MAISON PHIBONACCII,<br>Plaintiff,<br>v.<br>Defendants,<br>DIRECTOR, CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, in official capacity only; ELIZABETH G. HUMPHREYS, in her individual capacity; JENNIFER BERRY, in her individual capacity; GAIL MAIORANA, in her individual capacity; JOSEPH CHAPMAN, in his individual capacity; MICHAEL CRAIG BREMER, in his individual capacity; SERGEANT JOHN J. BARTOLONE #319, in his individual capacity; DOES 1–10, inclusive | **Case No.** 2-25-cv-09270-SB-E<br>**PLAINTIFF'S OPPOSITION TO DEFENDANT DIRECTOR'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>***Courtroom:*** *750*<br>***Judge:*** *Hon. Charles F. Eick* |

## INTRODUCTION

Defendant's motion tries to reduce this case to a pleading problem. It is not. This is a procedural due process case brought by Plaintiff in his own individual capacity based on DMV recordkeeping, title, registration, licensing, and enforcement conduct that allegedly caused real downstream harm to Plaintiff personally. Plaintiff's FAC expressly states that he appears "only Plaintiff in this action, appearing pro se and in his individual capacity," and alleges that DMV's record-driven actions deprived him of protected property and liberty interests without constitutionally adequate notice and opportunity to be heard.

1.

Stated plainly: Plaintiff needs his car back. Plaintiff alleges DMV record errors, title and registration errors, notice failures, and defective procedures helped create the chain of harm now burdening his ownership, possession, liberty, and legal status as to the BMW i8. Plaintiff further alleges that the record must be corrected, annotated, and neutralized to stop the ongoing downstream harm. The FAC expressly seeks prospective relief to correct and/or annotate DMV records, including the February 26, 2020 "new owner reported" event and related registration history.

2.

Defendant's own memorandum confirms that Defendant understands the substance of the FAC. Defendant describes the FAC as alleging DMV mistakes in tracking

*Boring Deposits & Judgements*